IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHARLES ROBINSON,

Defendant.

No. 25-CR-03032

**INDICTMENT**

**Count 1**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846
Conspiracy to Distribute a
Controlled Substance

**Count 2**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
Distribution of a Controlled
Substance

**Count 3**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
Distribution of a Controlled
Substance

**Count 4**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
Distribution of a Controlled
Substance

The Grand Jury charges:

## Count 1

### Conspiracy to Distribute a Controlled Substance

Between on or about at least May 18, 2023, and continuing to on or about

September 25, 2024, in the Northern District of Iowa and elsewhere, defendant,

CHARLES ROBINSON, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, commonly called "ice" methamphetamine.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### Count 2

### Distribution of a Controlled Substance

On or about, November 30, 2023, in the Northern District of Iowa, defendant, CHARLES ROBINSON, did knowingly and intentionally distribute a mixture or substance containing 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, commonly called "ice" methamphetamine.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 3

### Distribution of a Controlled Substance

On or about, December 5, 2023, in the Northern District of Iowa, defendant, CHARLES ROBINSON, did knowingly and intentionally distribute a mixture or substance containing 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, commonly called "ice" methamphetamine.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 4

## Distribution of a Controlled Substance

On or about, January 17, 2024, in the Northern District of Iowa, defendant, CHARLES ROBINSON, did knowingly and intentionally distribute a mixture or substance containing 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, commonly called "ice" methamphetamine.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

TIMOTHY T. DUAX
United States Attorney

By: _____

RON TIMMONS
Assistant United States Attorney

A TRUE BILL

_____ 7-16-25
Grand Jury Foreperson          Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 07-17-2025
PAUL DE YOUNG, CLERK